STATE OF NEW JERSEY v. JAMES HYSON.

December 10, 1984.

Petition for certification denied.

ANNIE PATRICIA DIBIASE v. ANTHONY V. DIBIASE.

December 10, 1984.

Petition for certification denied.

JESSIE M. RAMSEUR v. NEW JERSEY
AUTOMOBILE INSURANCE PLAN.

December 10, 1984.

Petition for certification denied.

STEPHEN WEINTROB v. ALBERT M. GREENFIELD & CO. OF
NEW JERSEY, INC., A NEW JERSEY CORPORATION.

December 10, 1984.

Petition for certification denied.